Louis F. Rothschild et al., Copartners under the Firm Name of L. F. Rothschild & Co. et al., Respondents, *v.* The First National Bank of Hancock, New York, Appellant.

Louis F. Rothschild et al., Copartners under the Firm Name of L. F. Rothschild & Co. et al., Respondents, *v.* The First National Bank of Binghamton, New York, Appellant.

(Argued May 31, 1933; decided June 13, 1933.)

*Isaac H. Levy* for appellants.

*James F. Donnelly, Mark Eisner, Samuel Michelman* and *Albert C. Kelly* for respondent.

no opinion.

Concur: POUND, Ch. J., CRANE, KELLOGG, O'BRIEN and CROUCH, JJ. Not sitting: LEHMAN and HUBBS, JJ.